United States District Court
Southern District of Texas
**ENTERED**
February 14, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD HENDERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-284 |
| | § | |
| CHW GROUP, INC., d/b/a CHOICE HOME WARRANTY, | § | |
| | § | |
| Defendant. | § | |

# ORDER

On February 13, 2024, the parties filed a joint stipulation of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 17.

Accordingly, it is hereby **ORDERED** that the above-captioned lawsuit is **DISMISSED WITH PREJUDICE** as to the plaintiff's individual claims and **DISMISSED WITHOUT PREJUDICE** as to any other putative class member. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 14th day of February, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE